# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREGORY, | Case No.: 2:21-cv-00980-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant | |

In light of defendant State Farm Mutual Automobile Insurance Company's response (ECF No. 9) to the order to show cause,

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand this action to state court for lack of subject matter jurisdiction at this time.

DATED this 8th day of June, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE